FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 JUL 19 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **HARRY SIMMONS,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **REGIONAL MEDICAL CENTER, et al.,** | CASE NO: 05-2338 Ml/V |
| Defendants. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing $250 Civil Filing Fee, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered July 19, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 19, 2005
DATE

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02338 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Harry Simmons
SHELBY COUNTY JUSTICE CENTER
04116045
201 Poplar
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT